UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDI M. SCHLOTTMAN,

    Plaintiff,

Case No. 18-cv-10110
Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CROSS CLAIM (ECF No. 23)

On September 26, 2019, the Court held a hearing on Plaintiff Judi M. Schlottman's motion to dismiss Defendant Richard Wagner, Jr.'s cross claim (ECF No. 23). For the reasons stated on the record, **IT IS HEREBY ORDERED** that Schlottman's motion to dismiss (ECF No. 23) is **GRANTED** and Wagner's cross claim (ECF No. 19) is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: September 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2019, by electronic means and/or ordinary mail.

                                                                    s/Holly A. Monda
                                                                    Case Manager
                                                                    (810) 341-9764