UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDI M. SCHLOTTMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendant.

Case No. 18-cv-10110
Hon. Matthew F. Leitman

_____/

# ORDER DENYING RICHARD WAGNER, JR.'S
# MOTION TO EXTEND TIME FOR PAYMENT (ECF No. 40)

On August 13, 2020, Judi Schlottman and Richard L. Wagner, Jr. entered into a settlement agreement with the United States of America in which Schlottmann and Wagner agreed to pay the United States $60,000.00. The payment was supposed to be made within 90 days.

On October 9, 2020, Wagner filed a motion in which he asked the Court to extend the time for him to pay his portion of the settlement amount. (*See* Mot., ECF No. 40.) The Court is not aware of any authority under which it may unilaterally change the terms of a settlement agreement that the parties freely negotiated and executed. And while the Court is sympathetic to Wagner's financial situation, the time for Wagner to pay the amount he owes has repeatedly been extended. Indeed, Wagner's motion has been pending for nearly eight months, and he has not had to pay the United States during that time. Simply put, Wagner is not entitled to any

1

further extension of time to pay the amount due and owing under the settlement agreement.

For all of these reasons, Wagner's motion (ECF No. 40) is **DENIED**.

Dated: May 28, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764