UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDI M. SCHLOTTMAN,

    Plaintiff,                                Case No. 18-cv-10110
                                               Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendant.
_____/

## **ORDER TO CLARIFY NATURE OF TRIAL**

The sole remaining claim in this action is a counterclaim brought by the United States of America against Richard Wagner, Jr. On May 17, 2022, the Court held a video status conference with Mr. Wagner and counsel for the United States. During that status conference, the parties expressed their belief that there has been a jury demand with respect to the United States' counterclaim. The Court has reviewed the record and does not believe a jury has been requested with respect to that claim.

Accordingly, by no later than **May 27, 2022**, the parties shall each file a written clarification with the Court explaining:

    (1) whether they believe that this matter is set for a bench or jury trial; and

1

(2) if a jury trial, where in the record a jury has been demanded with respect to the United States' counterclaim against Mr. Wagner.

**IT IS SO ORDERED**.

Dated: May 17, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 17, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126