UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDI M. SCHLOTTMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

v.

JUDI SCHLOTTMAN and
RICHARD WAGNER, JR.,

    Counterclaim Defendants.

Case No. 18-cv-10110
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

The Court, having duly considered the defendant and counterclaimant United States of America and counterclaim defendant Richard Wagner's stipulation for dismissal with prejudice filed on October 12, 2022, hereby orders that this case be dismissed with prejudice.

**IT IS SO ORDERED**.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  October 12, 2022

1